## ROUNTREE *vs.* GURR.

1. The charge as a whole is a fair exposition of the law of this case.
2. An exception to the manner or tone of voice of the court in delivering his charge is not reviewable by this court, there being no way by which it can be reflected here or its influence estimated.
(*a.*) It is not always necessary that the court should charge an equal amount on the theory of each side. Frequently one position may require more elucidation than another.

SPEER, Justice.

## BRYANT *vs.* WELCH, COOK & BACON.

After all matters in issue between the parties to an equity cause had been submitted to an auditor, a report had been made and exceptions filed and overruled, one of the parties could not then amend his pleadings and carry the case to a jury on its merits. Code, §4206; 59 *Ga.*, 48.

CRAWFORD, Justice.

## PATTERSON *vs.* THE STATE OF GEORGIA.

1. Though there be no certificate of the clerk on the bill of exceptions yet if the certificate to the transcript of the record states that the true original bill of exceptions is enclosed within, and the papers come enclosed in the same envelope, the writ of error will not be dismissed. 40 *Ga.*, 702.
2. Where counsel for one side invoked the ruling of the court to stop opposing counsel in argument, on the ground that there was no testimony to authorize his comments, there was no error in the court's deciding the comments in order according to his recollection of what one of the witnesses said, at the same time remarking that he did not intend to express or intimate any opinion as to the evidence, but left that to the jury. 43 *Ga.*, 368.
3. The verdict is upheld by the evidence.

JACKSON, Chief Justice.